**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

SLT:DMP
F.#2013R00887

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

July 19, 2013

<u>By ECF and Hand Delivery</u>

The Honorable Allyne R. Ross
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:  United States v. David Olukayode Ojo
         <u>Criminal Docket No. 13-334 (ARR)</u>

Dear Judge Ross:

    The government respectfully submits this letter to respond to two <u>pro se</u> motions filed by the defendant David Ojo on July 9 and July 16, 2013. As set forth below, the government respectfully submits that these motions should be denied.

    As an initial matter, a defendant who is represented by counsel, as the defendant is in the instant case, has no right to have a <u>pro se</u> motion entertained by the Court. <u>See</u>, <u>e.g.</u>, <u>United States v. Bishop</u>, No. 10-CR-113 (DLI), 2010 WL 984676, at *1 (E.D.N.Y. March 16, 2010) ("Absent invocation of the right to represent oneself without the assistance of counsel, defendants are not entitled to have <u>pro se</u> motions entertained by the court.") (citation omitted). Accordingly, the Court need not entertain these motions. Should the Court consider these motions in any event, they should be denied as without merit.

    In the first <u>pro se</u> motion, filed on July 9, 2013, the defendant requests a bill of particulars. During the parties' most recent status conference on June 21, 2013, Mr. Savitt made an oral motion on the defendant's behalf for a bill of particulars. The Court denied that motion, noting that it saw no basis for granting such a request. The defendant's <u>pro se</u> motion provides no additional legal or factual basis for such a request. Accordingly, the government does not intend to submit a substantive response to this motion, and respectfully requests that the motion again be denied.

In the second pro se motion, filed on July 16, 2013 (in the 11-CR-570 docket), the defendant moves to compel production of materials pursuant to Rule 16 of the Federal Rules of Criminal Procedure. The government has provided materials pursuant to Rule 16 and continues to provide such materials as it receives them. To the extent the motion also requests materials pursuant to Brady v. Maryland, 373 U.S. 83 (1963), the government is not currently aware of any exculpatory material regarding the defendant. The government understands and will comply with its continuing obligation to produce exculpatory material as defined by Brady and its progeny.

Respectfully submitted,

LORETTA E. LYNCH
United States Attorney
Eastern District of New York

By:     /s/
Douglas M. Pravda
Assistant U.S. Attorney
(718) 254-6268

cc: Ephraim Savitt, Esq. (by ECF)