# NOTICE OF APPEAL
## UNITED STATES DISTRICT COURT

EASTERN District of NEW YORK

United States
- against -
DAVID OJO

Docket Number: 13 CR 334 (ARR)

(District Court Judge)

Notice is hereby given that DAVID OJO appeals to the United States Court of Appeals for the Second Circuit from the:

judgment [✓]; order [ ]; other [ ]; _____ (specify)

entered in this action on 2-27-14 (date).

Offense occurred after November 1, 1987    Yes [✓]    No [ ]

The appeal concerns:    conviction only [ ];    sentence only [ ];    conviction and sentence [✓].

Date: 2-28-14

TO:
US Attorney
271 Cadman Plaza East
Brooklyn, NY 11201
AUSAs Douglas Pravda / Margaret Gandy

Ephraim Savitt
(Counsel for Appellant)

Address: 260 Madison Avenue
Suite 2200
New York, NY 10016

Telephone Number: 212-679-4470

ADD ADDITIONAL PAGE IF NECESSARY

---

| (TO BE COMPLETED BY ATTORNEY) | TRANSCRIPT INFORMATION – FORM B | |
|---|---|---|
| ▶ QUESTIONNAIRE | ▶ TRANSCRIPT ORDER | ▶ DESCRIPTION OF PROCEEDINGS FOR WHICH TRANSCRIPT IS REQUIRED (INCLUDE DATE). |
| [ ] I am ordering a transcript | Prepare transcript of | Dates |
| [✓] I am not ordering a transcript | [ ] Pre-trial proceedings | |
| Reason: | [ ] Trial | |
| [✓] Daily copy is available | [ ] Sentence | |
| [ ] U.S. Attorney has placed order | [ ] Post-trial proceedings | |
| [ ] Other. Attach explanation | | |

The ATTORNEY certifies that he/she will make satisfactory arrangements with the court reporter for payment of the cost of the transcript. (FRAP 10(b))   ▶ Method of payment [ ] Funds [✓] CJA Form 24

ATTORNEY'S signature: _____    DATE: 2-28-14

---

▶ **COURT REPORTER ACKNOWLEDGEMENT**

To be completed by Court Reporter and forwarded to Court of Appeals.

| Date order received | Estimated completion date | Estimated number of pages. |
|---|---|---|
| | | |

Date _____    Signature _____ (Court Reporter)

COPY 1 - ORIGINAL

*U.S. GPO: 2001-611-552/60002