

U.S. Department of Justice

United States Attorney
Eastern District of New York

SLR:LDM:BGK
F. #2011R01354

271 Cadman Plaza East
Brooklyn, New York 11201

June 9, 2016

By Hand and ECF

Honorable Allyne R. Ross
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: United States v. David Olukayode Ojo
     Criminal Docket No. 13-0334 (ARR)

Dear Judge Ross:

   The United States respectfully submits the enclosed proposed Final Order of Forfeiture for Your Honor's consideration and action. On June 24, 2013, Your Honor granted the government's motion to re-issue a Preliminary Order of Forfeiture in this criminal matter, and the Preliminary Order of Forfeiture was docketed in this matter as Dkt. No. 15. The Court directed the government to seize the Seized Currency and to publish notice of its intent to forfeit the asset. No person or entity has filed a claim to the Seized Currency or has sought an amendment to the Preliminary Order of Forfeiture and the time to do so has expired.

   On February 28, 2014, the defendant, DAVID OLUKAYODE OJO, appealed his conviction to the United States Court of Appeals for the Second Circuit, and on January 6, 2016, the Second Circuit affirmed the defendant's conviction.

   Based on the above, the government respectfully requests that the Court now enter the enclosed Final Order of Forfeiture, and that the Court vacate the Preliminary Order of Forfeiture issued in this matter on February 28, 2014.

Thank you for Your Honor's consideration of this submission.

                                                  Very truly yours,

                                                  ROBERT L. CAPERS
                                                  United States Attorney

                         By:     /s/ *Brendan G. King*
                                                    Brendan G. King
                                                    Assistant U.S. Attorney
                                                    (718) 254-6006

Enc. (as noted)

Cc: Counsel of Record (by ECF)